Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY MCMASTER, et al.,<br><br>Defendants. | Case No. CIV-S-03-984 DFL GGH<br><br>Hon. Chief Judge David F. Levi<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT DAVE MUNOZ** |

Having read the Request for Voluntary Dismissal of Defendant DAVE MUNOZ filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant DAVE MUNOZ;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date.

DATED: 4/19/2005

                                                                             /s/ David F. Levi
                                       Honorable Chief Judge David F. Levi
                                       United States District Court
                                       Eastern District of California